

# NUMBER 13-25-00567-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GINA RENEE COOK,                                        **Appellant,**

## v.

BILLY WAYNE MCELHENEY,                              **Appellee.**

## ON APPEAL FROM THE 378TH DISTRICT COURT
## OF ELLIS COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Cron, and Fonseca**
**Memorandum Opinion by Justice Fonseca**

This matter is before the Court on appellant's motion to dismiss.[1] Appellant no longer desires to pursue the matter and requests dismissal of the appeal.

---

[1] This case is before the Court on transfer from the Tenth Court of Appeals pursuant to a docket equalization order issued by the Supreme Court of Texas. *See* TEX. GOV'T CODE ANN. § 73.001.

Having considered the motion, we are of the opinion that the appeal shall be dismissed pursuant to Texas Rule of Appellate Procedure 42.1(a)(1). *See* Tex. R. App. P. 42.1(a)(1). Therefore, the motion to dismiss is granted, and the appeal is hereby dismissed. The costs are taxed against the appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

YSMAEL D. FONSECA
Justice

Delivered and filed on the
15th day of January, 2026.